GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV-1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
mvollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, TRAINING FUND, NEW YORK STATE LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND, NEW YORK LABORERS' HEALTH AND SAFETY TRUST FUND and BUILDING CONTRACTORS ASSOCIATION INDUSTRY ADVANCEMENT PROGRAM, and JOHN J. VIRGA, in his fiduciary capacity as Director, | 04 Civ. |
| and | CERTIFICATE OF IDENTIFICATION OF CORPORATE AFFILIATION |
| ANTHONY SILVERI, as Business Manager of the MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK AND LONG ISLAND, | |
| Plaintiffs, | |
| - against - | |
| 2K CONSTRUCTION CORP. and JOSEPH SCARPINITO, | |
| Defendants. | |

-----------------------------------------------------------------X

    1.    This Certificate is prepared in compliance with Rule 7.1 of the Local Civil Rules of the Southern District of New York to enable judges and magistrates to evaluate possible disqualification or recusal.

    2.    Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund,

- 2 -

Annuity Fund, Training Fund, New York State Laborers-Employers Cooperation and Education Trust Fund, New York Laborers' Health and Safety Trust Fund and Building Contractors Association Industry Advancement Program, and John J. Virga, in his fiduciary capacity as Director ("Funds"), have no corporate parents, subsidiaries, or affiliates.

        3.      Plaintiff Mason Tenders District Council of Greater New York and Long Island, ("Union") is affiliated with the Laborers International Union of North America, its parent organization.

Dated: New York, New York  
       June 1, 2004

                        GORLICK, KRAVITZ & LISTHAUS, P.C.  
                        Attorneys for Plaintiffs

                        By: _____  
                        Michael J. Vollbrecht, Esq.  
                        MV 1118  
                        17 State Street, 4th Floor  
                        New York, New York 10004  
                        (212) 269-2500